UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **ED CV 19-1542-DMG (SHKx)** | Date | December 2, 2020 |

Title   *Timothy L. Whiting v. Eli Albek, et al.*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings:   IN CHAMBERS – ORDER RE AMENDED SCHEDULE OF PRETRIAL & TRIAL DATES (JURY TRIAL) AND ORDER TO SHOW CAUSE WHY DEFENDANT ADN PROPERTIES MANAGEMENT, INC. SHOULD NOT BE STRICKEN FROM THE FIRST AMENDED COMPLAINT**

      Having reviewed and considered the parties' Amended Joint Rule 26(f) Report, the Court issues the Amended Scheduling and Case Management Order attached hereto.  Because the parties did not agree upon new dates and deadlines, or inform the Court which specific dates pose conflicts, the Court imposes a schedule of its own choosing.  Counsel are reminded of their obligations and requirements to timely and fully comply with all orders.

      Furthermore, Plaintiff is **ORDERED TO SHOW CAUSE** in writing by **December 16, 2020** why Defendant ADN Properties Management, Inc. should not be stricken from the First Amended Complaint.  The Court's October 30, 2020 Order granted Plaintiff leave to amend only as to those claims addressed within that Order.  [Doc. # 53.]  Plaintiff did not seek leave to amend to add a new party and the Court did not grant such leave.  *See, e.g.*, *Benton v. Baker Hughes*, No. CV 12-07735-MMM (MRWx), 2013 WL 3353636, at *3 (C.D. Cal. June 30, 2013) (the plaintiff's new claims exceeded the scope of the leave to amend granted, and therefore were stricken), *aff'd sub nom. Benton v. Hughes*, 623 F. App'x 888 (9th Cir. 2015) (collecting cases); *see also Jameson Beach Prop. Owners Ass'n v. United States*, No. CV 13-01025-MCE (ACx), 2014 WL 4925253, at *3 (E.D. Cal. Sept. 29, 2014) ("[W]here a prior court order granted limited leave to amend, District Courts in this circuit generally strike new claims or parties contained in an amended complaint when the plaintiff did not seek leave to amend.").

IT IS SO ORDERED.

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk KT |

Judge Dolly M. Gee
**AMENDED SCHEDULE OF PRETRIAL & TRIAL DATES (JURY TRIAL)**

Case No.: ED CV 19-1542-DMG (SHKx)   Title: Timothy L. Whiting v. Eli Albek, et al.

| MATTER | COURT ORDERED DATE | TIME |
|---|---|---|
| **TRIAL**   [ ] Court  [x] Jury<br>Duration Estimate: 3 days | 10-26-21<br>(Tuesday) | 8:30 a.m. |
| **FINAL PRETRIAL CONFERENCE (FPTC)**<br>4 wks before trial | 9-28-21<br>(Tuesday) | 2:00 p.m. |

| MATTER | COURT ORDERED DATE |
|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | expired |
| Settlement Conference Completion Date | 5-29-21 |
| Joint Status Report re Settlement | 6-7-21 |
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | 6-22-21 |
| Motion Cut-Off  (filing deadline)<br>Last hearing date for dispositive motions | 7-2-21<br>8-6-21 |
| Initial Expert Disclosure & Report Deadline | 7-27-21 |
| Rebuttal Expert Disclosure & Report Deadline | 8-24-21 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | 9-7-21 |
| Motions in Limine Filing Deadline | 9-7-21 |
| Opposition to Motion in Limine Filing Deadline | 9-14-21 |
| Proposed Pretrial Conference Order | 9-7-21 |
| Contentions of Fact/Law | 9-7-21 |
| Pretrial Exhibit Stipulation | 9-7-21 |
| Joint Exhibit List | 9-7-21 |
| Witness Lists & Joint Trial Witness Time Estimate Form | 9-7-21 |
| Agreed Statement of the Case | 9-7-21 |
| Proposed Voir Dire Questions | 9-7-21 |
| Joint Statement of Jury Instructions &<br>Joint Statement of Disputed Instructions | 9-7-21 |
| Verdict Forms | 9-7-21 |