# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Timothy Whiting<br><br>Plaintiff(s)<br>v.<br><br>Eli Albek, et al<br><br>Defendant(s). | CASE NUMBER<br><br>5:19-cv-01542-DMG<br><br><br>MEDIATION REPORT |

*Instructions: The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. [X] A mediation was held on (date): **June 25, 2021**.

   [ ] A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   [X] Appeared as required by L.R. 16-15.5(b).
   [ ] Did not appear as required by L.R. 16-15.5(b).
       [ ] Plaintiff or plaintiff's representative failed to appear.
       [ ] Defendant or defendant's representative failed to appear.
       [ ] Other:

3. Did the case settle?

   [X] Yes, fully, on **June 25, 2021** (date).
   [ ] Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   [ ] Yes, partially, and further facilitated discussions are **not** expected.
   [ ] No, and further facilitated discussions are expected. *(See No. 4 below.)*
   [ ] No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?

Dated: **June 25, 2021**

*Signature of Mediator:* Stacie Feldman Hausner
Name of Mediator (print): Stacie Hausner

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*