Michael S. Geller (SBN) 178113
Law Office of Michael Geller Inc.
3576 Arlington Ave. Suite 210
Riverside CA 92506
Phone: 951 248-6455
Fax: 951 248-6456
Attorney for Defendants; Our File No. 11739-001

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY L. WHITING,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>ELI ALBEK, in his individual capacity as Owner of the Rancho Mirage Villa Apartments; NICOLA WIELE, in her individual capacity as Property Manager of the Rancho Mirage Villa Apartments; ADN PROPERTIES MANAGEMENT, INC., a California corporation; and DOES 1 through 10,<br><br>　　　　　　Defendants. | Case No. 5:19-cv-01542-DMG (SHKx)<br><br>[Assigned to U.S. District Judge Dolly M. Gee and U.S. Magistrate Judge Shashi H. Kewalramani]<br><br>**NOTICE OF SETTLEMENT AND STIPULATED JOINT MOTION TO STAY ALL DEADLINES PENDING COMPLETION OF THE SETTLEMENT** |

　　　　Plaintiff Timothy L. Whiting ("Plaintiff") and Defendant Eli Albek; Nicola Wiele; and ADN Properties Management, Inc. (collectively the "Defendants"), hereby respectfully submit this Notice of Settlement and Joint Motion to Stay all Deadlines pending completion of the settlement of the terms, and discloses:

1. The parties to this case reached a settlement and have attached their signatures to a Settlement Agreement and Release ("Agreement"). The settlement will dispose of all parties and all issues.

2. The parties anticipate that the Agreement will be executed in full without any issues, and that performance in accordance with the terms will occur in three (3) months after execution of said Agreement.

3. Upon completion of all payments, Plaintiff shall sign a Stipulation for Dismissal with prejudice.

4. In the unlikely event that the performance is not finished in accordance with the settlement, the parties will promptly notify the Court.

Accordingly, Plaintiff and Defendants respectfully request that the Court stay all deadlines in this case pending completion of the parties' settlement.

Respectfully submitted,

Dated: June 30, 2021

_____/s/_____
Timothy L. Whiting,
Plaintiff in Pro se

Dated: 6-30-21

Law Office of Michael Geller Inc.

By:_____
Attorney for Defendants

# PROOF OF SERVICE

UNITED STATES DISTRICT COURT

I am employed in the County of Riverside, State of California. I am over the age of 18 and not a party to the within action; my business address is 3576 Arlington Ave. Suite 210 Riverside, CA 92506

On June 30, 2021, I served the foregoing document(s) described as **NOTICE OF SETTLEMENT AND STIPULATED JOINT MOTION TO STAY ALL DEADLINES PENDING COMPLETION OF THE SETTLEMENT** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Timothy L. Whiting
P.O. Box 2456
Indio, CA 92202

[X]  By **Mail**. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Riverside, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

**Executed on June 30, 2021, at Riverside, California.**

[X]  **Federal**. I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

/s/_____
Lisa Ballow