FILED

2021 SEP 30  AM 11: 25

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

Timothy L. Whiting
P.O. Box 2456
Indio, CA 92201
Tele: (760) 459-9177
Email: tw92240@hotmail.com

In Pro Se

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TIMOTHY L. WHITING,

        Plaintiff,

vs.

ELI ALBEK, in his individual capacity as Owner of the Rancho Mirage Villa Apartments; NICOLA WIELE, in her individual capacity as Property Manager of the Rancho Mirage Villa Apartments; ADN PROPERTIES MANAGEMENT, INC., a California corporation; and DOES 1 through 10,

Defendants.

Case No. ED CV 19-1542-DMG (SHKx)

*[Assigned to U.S. District Judge Dolly M. Gee and U.S. Magistrate Judge Shashi H. Kewalramani]*

**JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**

*([Proposed] Order Attached Herewith)*

**IT IS HEREBY STIPULATED** by and between Plaintiff Timothy L. Whiting ("Plaintiff") and Defendants ELI ALBEK, NICOLA WIELE, and ADN PROPERTIES MANAGEMENT, INC. (collectively Defendants), by and through their respective counsel of record, that this action shall be dismissed with prejudice, each party to bear their own costs, expenses and attorneys' fees.

Dated: September 29, 2021.    Timothy L. Whiting

_____
Plaintiff, Pro se

Dated: September 29, 2021.    Michael S. Geller

*Michael S Geller*
_____
By: Michael S. Geller
Attorney for Defendants
Eli Albek and Nicola Wiele

JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE

## PROOF OF SERVICE BY MAIL

**In re**: JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE

**Caption:** Timothy L. Whiting v. Eli Albek, et al.

Case No. ED CV 19-1542-DMG (SHKx)

**Filed**: UNITED STATES DISTRICT COURT,

CENTRAL DISTRICT COURT OF CALIFORNIA

STATE OF CALIFORNIA )
) ss.
COUNTY OF RIVERSIDE )

I am a citizen of the United States and a resident of the City of Indio, County of Riverside; I am over the age of eighteen years and not a party to the within action; my address is 82541 Yeager Rd., Indio, California 92201. On this date, I served the persons interested in this action by placing one copy of the above-entitled document in sealed envelopes with first-class postage fully prepaid in the United States post office mailbox at Indio, California, addressed as follows:

> Michael S. Geller (SBN 178113)
> Law Office of Michael Geller Inc.
> 3576 Arlington Ave., Suite 210
> Riverside, California 9506

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**Executed at Indio, California,** Sept 29, 2021.

WILLIE L. WHITING JR
PRINT NAME

*Willie L. Whiting Jr*
SIGNATURE